**Aelisha N. MARSH, Plaintiff— Appellant,**

v.

**CBS MEDIA CORPORATION; Bob Schoening, Vice President, CBS Charlotte; Vedra Grant, National Sales Executive; United Behavioral Health, a CBS company; University Psychological Associates; Jane Marsh Monteciggio, CBS Corporate; Jane Marsh Rockefeller; Hearst Publications, William Randolph Hearst Senior; Barbara McIntyre, Human Resources–CBS Charlotte; Terri Avery, Operations Manager; Sprint Nextel Corporation; Reach Media Incorporated; Artie Goines; NBC Corporate**

been construed as successive § 2255 motions

**Headquarters; Steve Harvey; Steve Harvey Radio Network Incorporated; First Unum Life Insurance Company, Defendants—Appellees,**

and

**Inner City Broadcasting Company; North Carolina Police Department; Donald Parker, Defendants.**

No. 09–2159.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 30, 2010.

Decided: Oct. 7, 2010.

Aelisha N. Marsh, Appellant Pro Se. James Michael Honeycutt, Fisher & Phillips, LLP, Charlotte, North Carolina, George K. Evans, Jr., Womble Carlyle Sandridge & Rice, PLLC, Winston–Salem, North Carolina, Clinton Russell Pinyan, Brooks, Pierce McLendon, Humphrey & Leonard, Greensboro, North Carolina, Joseph S. Turner, Seyfarth & Shaw, Chicago, Illinois, Norris Arden Adams, II, Essex & Richards, PA, Charlotte, North Carolina, Benjamin R. Holland, McGuirewoods, LLP, Charlotte, North Carolina, Nancy E. Walker, Tin, Fulton, Walker & Owen, PLLC, Charlotte, North Carolina, Erna A.P. Womble, Womble Carlyle Sandridge & Rice, PLLC, Winston–Salem, North Carolina, for Appellees.

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

and dismissed.

PER CURIAM:

Aelisha N. Marsh appeals the district court's order dismissing her complaint filed under Title VII of the Civil Rights Act of 1964, as amended, alleging defamation and wrongful termination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Marsh v. CBS Media Corp.*, No. 3:09–cv–00289–RJC, 2009 WL 3151946 (W.D.N.C. Sept. 24, 2009). We further deny Marsh's "Motion for Monetary Relief Beyond the Scope of Unemployment." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*